# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

141610

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ADAM LEE DARR,
       Defendant-Appellant.

SC: 141610
COA: 298269
Hillsdale CC: 09-331957-FH

_____/

On order of the Court, the application for leave to appeal the July 9, 2010 order of the Court of Appeals is considered. We DIRECT the Hillsdale County Prosecuting Attorney to answer the following issue raised in defendant's application for leave to appeal: whether the trial court abused its discretion and violated defendant's Sixth Amendment right to counsel by denying appellate counsel's request to withdraw where counsel claimed that there was an actual conflict of interest in representing both defendant and his co-defendant on appeal. The prosecuting attorney shall answer within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

_____
Clerk

p0112